United States District Court
For the Northern District of California

1
2
3
4
5   IN THE UNITED STATES DISTRICT COURT
6   FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   BAY AREA PAINTERS,                                     No. CV 12-02930 MEJ
9              Plaintiff,                                  **ORDER**
10   v.
11  J & C FUENTES PAINTING,
12             Defendant.
                                              /
13
14  GOOD CAUSE APPEARING THEREFOR,
15      IT IS ORDERED that this case is reassigned to the **Honorable Claudia Wilken** in the
16  **Oakland division** for all further proceedings. Counsel are instructed that all future filings shall bear
17  the **initials CW** immediately after the case number. All hearing dates presently scheduled are
18  vacated and motions should be renoticed for hearing before the judge to whom the case has been
19  reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a
20  magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed
21  for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R.
22  Civ. P. 72(b).
23
24                                                         FOR THE EXECUTIVE COMMITTEE:
25
26  Dated: June 8, 2012
                                                           Richard W. Wieking
27  rev 4-12                                               Clerk of Court
28